IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MACHINISTS HEALTH AND WELFARE TRUST FUND,<br><br>          Plaintiff,<br>     v.<br><br>DISTRIBUTION TRUCKING COMPANY,<br><br>          Defendant. | Case No.: 3:23-cv-01499-AN<br><br><br>JUDGMENT |

Pursuant to the Joint Stipulation of Dismissal with Prejudice, ECF [10],

It is adjudged that this case is DISMISSED with prejudice and without fees or costs to any party.

DATED this 19th day of January, 2024.

_____
Adrienne Nelson
United States District Judge

1